USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABD ALHARAM ALI,

                    Plaintiff,

        -against-

VILLAGE OF HAVERSTRAW, RUEBEN
BERRIOS, AND MICHAEL KOHUT,

                    Defendants.

26-CV-1255 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Defendants, Village of Haverstraw, Rueben Berrios, and Michael Kohut ( "Defendants")
have filed an Answer, dated March 27, 2026 (ECF No. 14), to Abd Alharam Ali's ("Plaintiff")
Complaint, dated February 13, 2026 (ECF No. 1). Thus, the Court waives the Initial Pre-Trial
Conference requirement and directs the parties to submit a proposed joint Case Management Plan
and Scheduling Order (blank form attached hereto) by April 20, 2026. After review and approval
of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Victoria
Reznik for general pretrial purposes. The parties are directed to contact Judge Reznik within seven
(7) business days of the date of the Order of Reference to schedule a conference.

Dated:  March 30, 2026
        White Plains, New York

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge