SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

**MEMO ENDORSED**

VINCENT E. FERRY
VFERRY@SOKOLOFFSTERN.COM

October 26, 2026

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *Ali v. Village of Haverstraw, et al*
Docket No. 7:26-cv-01255
File No. 260051LI

Dear Judge Reznik:

I represent Defendants but I write for both parties. The parties respectfully submit this joint status letter regarding the status of discovery. The parties were unable to complete depositions by October 23, 2026. However, the parties have continued to exchange additional written discovery and are scheduled to meet and confer tomorrow, October 27, 2026, to discuss any outstanding discovery issues.

Following the meet and confer, the parties intend to proceed with scheduling depositions and will advise the Court of any remaining discovery disputes requiring judicial intervention.

We thank the Court for its time and consideration.

Very truly yours,

Vincent E. Ferry

BSS/vef

cc: Michael H. Sussman, Esq.

*BY ECF*

By **November 12, 2026**, the parties are directed to submit a joint letter confirming whether all discovery is complete.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 27.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/27/2026